UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KONEPACHIT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CANTIL SAKAVYE, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-0910-TLN-DMC<br><br>**ORDER** |

Plaintiff David Konepachit ("Plaintiff"), a state prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2020, the Magistrate Judge filed findings and recommendations which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 11.)  Plaintiff has not filed objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 18, 2020 (ECF No. 11), are adopted in full;

2. Plaintiff's action is DISMISSED with prejudice; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED:  August 30, 2020

Troy L. Nunley
United States District Judge

2